```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

LONNIE WEAVER                                              PETITIONER

VERSUS                          CIVIL ACTION NO.5:05cv148-DCB-MTP

LAWRENCE KELLY and
JIM HOOD                                                  RESPONDENTS

## FINAL JUDGMENT

This matter came before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation dated August 9, 2006 [**docket entry no. 19**], which recommends that the petition be dismissed with prejudice, and the Court having adopted the Report and Recommendation of even date herewith. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 25th day of September, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE